**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | **CASE NO. 09-34791-RBR** |
| | **CHAPTER 11** |
| **ROTHSTEIN ROSENFELDT ADLER, P.A.,** | |
|    Debtor. | |
| | |
| **HERBERT STETTIN**, chapter 11 trustee, | **ADV. PRO. NO. 10-02612-RBR** |
|    Plaintiff, | |
| v. | |
| **RUSSELL ADLER** and **KATIE ADLER**, | |
|    Defendants. | |

### DEFENDANTS' SECOND SUPPLEMENTAL EXPERT DISCLOSURE

Defendants, Russell Adler and Katie Adler (the "Adlers"), by and through undersigned counsel file their *Second Supplemental Expert Disclosure*.  By way of this filing, the Adlers supplement, but do not replace, their *Initial Expert Disclosures* filed on April 13, 2010, [D.E. 29], and *Supplemental Expert Disclosure* filed on December 9, 2010. [D.E. 127].  The Adlers reserve the right to amend or supplement this disclosure as discovery continues.

### EXPERT WITNESS

Hart & Flores Questioned Document Laboratory, Inc.
7990 SW 117th Avenue
Suite 134
Miami, FL 33183
Telephone: 305.596.4946

Hart & Flores Questioned Document Laboratory, Inc. will testify as to the forgery of Russell Adler's signature on that Confidential Settlement Agreement and General Release marked as Exhibit "6" at Mr. Adler's deposition conducted on October 28, 2010.

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880

Dated this 13th day of December 2010.

**SLATKIN & REYNOLDS, P.A.**
Attorneys for Defendants
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
jslatkin@slatkinreynolds.com

By: /s/ Jason E. Slatkin
     Jason E. Slatkin
     Fla. Bar No: 040370

### Certificate of Service

I hereby certify that a true copy of the foregoing has been furnished via the Court's CM/ECF noticing system to Paul S. Singerman, Esq., singerman@bergersingerman.com; Charles H. Lichtman, Esq., clichtman@bergersingerman.com, efile@bergersingerman.com; ctarrant@bergersingerman.com; lwebster@bergersingerman.com; and Lawrence Gordich, Esq., LAG@segallgordich.com, IJG@segallgordich.com on this 13th day of December 2010.

/s/ Jason E. Slatkin
Jason E. Slatkin, Esq.