ORDERED in the Southern District of Florida on 02-25-11



Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

ROTHSTEIN ROSENFELDT ADLER, P.A.,     CHAPTER 11

    Debtor.     CASE NO.: 09-34791-BKC-RBR

_____/

HERBERT STETTIN, Chapter 11 Trustee,

    Plaintiff,     Adv. Pro. No 10-02612-BKC-RBR-A

v.

RUSSELL ADLER and KATIE ADLER,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court for hearing on February 25, 2011, at 9:30 a.m. upon the *Motion to Approve Mediation Settlement Agreement Between the Chapter 11 Trustee and Russell and Katie Adler* (the "Settlement Motion")( Bankr.D.E. #1371) filed by Trustee

Herbert Stettin ("Trustee"). The Court has reviewed the Settlement Motion, the court file in this adversary proceeding, heard evidentiary proffers and argument of counsel for the Trustee as well as from counsel for the defendants and any party that may have filed an Objection. The Court therefore being fully advised:

**DOES HEREBY ORDER:**

1. Final Judgment is hereby entered in favor of Herbert Stettin, Trustee of Rothstein, Rosenfeldt & Adler P.A., and against Defendants Russell Adler and Katie Adler, jointly and severally (the "Adlers"), on Counts I, VI, VII and XI of the Trustee's Amended Complaint in the amount of $500,000.00, which shall bear post-judgment interest at the applicable federal statutory rate, pursuant to 28 U.S.C. §1961, effective upon entry of this judgment.

2. All terms and conditions of the Mediation Settlement Agreement executed by the Trustee and the Adlers on January 26, 2011, and which established the right of the Trustee to obtain this Final Judgment, are deemed incorporated by reference.

3. As provided in the Mediation Settlement Agreement, in the event that either or both of Russell Adler or Katie Adler file an individual future bankruptcy proceeding, this Final Judgment shall be conclusively deemed non-dischargeable pursuant to the provisions of 11 U.S.C. §523(a)(4) and (6), and the Adlers shall be judicially estopped from asserting otherwise at any point in the future.

4. This Final Judgment may be satisfied by the payment of $350,000.00 within 30 months from the date of its entry.

5. The Court reserves jurisdiction to enter further orders necessary to enforce the

terms and conditions of the Mediation Settlement Agreement and this Final Judgment.

# # #

**TRUSTEE ADDRESS**
Herbert Stettin
c/o Charles Lichtman
Berger Singerman, P.A.
350 East Las Boulevard
Suite 1000
Ft. Lauderdale, Florida FL 33301

**DEFENDANTS' ADDRESS**
Russell Adler
Katie Adler
2425 Delmar Place
Fort Lauderdale, FL 33301

**Copies furnished to:**

Charles H. Lichtman, Esq.
Berger Singerman, P.A.
Counsel for Trustee, Herbert Stettin
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33131

Jason E. Slatkin, Esq.
Slatkin & Reynolds, P.A.
Counsel for Russell Adler and Katie Adler
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida  33301

3489879-1